# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                       **CASE NO.** 25-CR-20057-HLT-ADM

**DANIEL J. WITHAM,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1
**Escape from Custody**
**[18 U.S.C. § 751(a)]**

On or about November 25th, 2024, in the District of Kansas, the defendant,

**DANIEL J. WITHAM,**

knowingly escaped from custody of the U.S. Bureau of Prisons' GEO Reentry, Inc. a residential reentry center in Leavenworth, Kansas, an authorized representative of the Attorney General, where he had been lawfully placed by virtue of a judgment and commitment of the United States District Court for the District of Kansas, case number

1

2

2:16CR20065-001, dated December 20th, 2017, upon conviction for possession of a controlled substance with the intent to distribute five grams or more of methamphetamine.

In violation of Title 18 U.S.C. Section 751(a).

A TRUE BILL.

July 30, 2025　　　　　　　　　　 s/Foreperson
DATE　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Faiza H. Alhambra
Faiza H. Alhambra
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6904
Fax: (913) 551-6541
Email: Faiza.alhambra@usdoj.gov
Ks. S. Ct. No. 24525

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

**Count 1 - Escape from Custody, 18 U.S.C. § 751(a)**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 751(a)

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2)

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3)

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A)